# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO: 07-050 | MAGIS. NO: |
| V.<br><br>**MULVINA MURPHY** | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Mulvina Murphy | **FILED**<br><br>AUG 2 9 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| **DOB:**    **PDID:** | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO:  ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;

AIDING AND ABETTING

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(B)(iii); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>**MAGISTRATE JUDGE FACCIOLA** | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>*[signature]*<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>3/6/07 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>*[signature]* | DATE:<br>3/6/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 3/6/07<br>DATE EXECUTED 8/29/07<br>HIDTA CASE:  Yes    No  X | NAME AND TITLE OF ARRESTING OFFICER<br>Stephanie Owens<br>Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER<br>*S. O.*<br>OCDETF CASE:  Yes    No  X |