## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

### RELEASE ORDER
(Work Release or Electronic Monitoring Program)

UNITED STATES OF AMERICA

vs.

**MULVINA MURPHY**
Defendant's Name — Defendant's Address — Phone No.

Case No. **CR: 07-050**

YOU ARE HEREBY RELEASED TO THE THIRD PARTY CUSTODY OF THE DEPARTMENT OF CORRECTIONS FOR PLACEMENT IN THE FOLLOWING PROGRAM:

- [ ] WORK RELEASE/D.C. JAIL
- [x] WORK RELEASE/HALFWAY HOUSE
- [ ] OPERATION PROGRESS (Electronic Monitoring)

YOUR RELEASE IS CONDITIONED UPON COMPLYING WITH ALL REGULATIONS AND PROGRAM REQUIREMENTS OF THE WORK RELEASE/ELECTRONIC MONITORING PROGRAM, IN ADDITION TO THE GENERAL TERMS & CONDITIONS LISTED ON THE REVERSE SIDE, AND ANY OF THE FOLLOWING CONDITIONS IMPOSED BY THE COURT:

- [ ] NO SOCIAL PASSES
- [ ] STAY AWAY ORDER: _____
- [ ] CURFEW IMPOSED: _____
- [ ] OTHER CONDITIONS: _____

**FILED**
AUG 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### YOU ARE NOT TO COMMIT ANY CRIMINAL OFFENSE

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

THE D.C. DEPARTMENT OF CORRECTIONS IS DIRECTED TO NOTIFY THE COURT IMMEDIATELY BY FAX OF DEFENDANT'S ESCAPE OR REMAND TO THE D.C. JAIL. THIS NOTIFICATION SHOULD BE FAXED TO THE ATTENTION OF THE CRIMINAL CLERK'S OFFICE (FAX # 535-0320) & WILL BE FORWARDED TO THE APPROPRIATE JUDICIAL OFFICER.

**NEXT DUE BACK**: on **9-13-07** in Courtroom **30A** at **10:30** (a.m.)/p.m. in the U.S. District Courthouse, 3rd & Constitution Ave., N.W., Washington, D.C., or when notified; and you must appear at all subsequent dates.

YOUR ATTORNEY **CARLOS VANEGAS**
address: **625 INDIANA AVE, N.W. WDC 20004**
phone no: **(202) 208-7500**

DEFENDANT'S SIGNATURE: *Mulvina Murphy*

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of my release and agree to comply with the conditions of my release and to appear as required.

WITNESSED BY: *Kimberly E. Ray* (title or agency) **deputy clerk**

WHITE - TO COURT PAPERS
BLUE - TO D.C. DEPT./CORRECTIONS
GREEN - TO D.C. PRETRIAL SERVICES
CANARY - TO DEFENSE ATTORNEY
PINK - TO U.S. ATTORNEY
GOLDENROD - TO DEFENDANT

SO ORDERED: _____
DATE: **8-31-07**
(Signature of Judge)