IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | Cr. Case No. 07-50 (RMU) |
| ) | |
| MULVINA MURPHY, ) | |
| ) | |
| Defendant, ) | |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


/S/
By:_____
     Carlos J. Vanegas
     Assistant Federal Public Defender
     625 Indiana Avenue, N.W., Suite 550
     Washington, D.C.  20004
     (202) 208-7500