UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
: Criminal Action No.: 07-0050 (RMU)
v. :
Melvin a. Murphy :
: **FILED**
Defendant. :
: SEP 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 13 day of Sept 2007,

ORDERED that a Status hearing in the above-captioned case shall take place on October 15 at 11:30 a.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge