UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  07-050 (RMU) |
| | : | |
| MULVINA MURPHY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**FILED**
OCT 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this  15  day of  October  2007, hereby

ORDERED a  plea  hearing in the above-captioned case shall take place on

_____Oct. 29, 2008_____ at __10:30__.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

