## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

                v.          :          Criminal Action No.:   07-050 (RMU)

                            :

MULVINA MURPHY,          :

        Defendant.          :

**FILED**

OCT 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

It is this _24_ day of _October_ 2007, hereby

ORDERED a _plea_ hearing in the above-captioned case shall take place on ____November 15____ at __2:30__.

**SO ORDERED.**

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge