IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 07-050 (RMU) |
| v. | : |
| MELVINA MURPHY | : |
| Defendant. | : |

**FILED**
NOV 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ELEMENTS OF THE OFFENSE

The essential elements of this offense, each of which the government must prove beyond a reasonable doubt, are:

1. That the defendant distributed a controlled substance. "Distribute" means to transfer or attempt to transfer to another person. The government need not prove that the defendant received or expected to receive anything of value in return.

2. That the defendant distributed the controlled substance knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently.

### STATEMENT OF OFFENSE

Were the government to go to trial in the above-captioned case, the government would prove the following facts beyond a reasonable doubt:

On August 29, 2006 the defendant agreed to meet with a Metropolitan Police Department ("MPD") confidential informant ("CI") on the Unit block of P Street, NE to sell the CI cocaine

base, also known as crack cocaine. On August 30, 2006, at approximately 4:20 p.m., the defendant was driven to this location by an unidentified male. The defendant met with the CI on the street and sold approximately 9.1 grams of crack cocaine[1] to the CI in exchange for approximately $900 in pre-recorded MPD funds. The CI introduced an MPD undercover officer ("UC") to the defendant during this transaction.

## RELEVANT CONDUCT

On September 13, 2006 at approximately 2:18 p.m. the defendant met with the UC on the 100 block of R Street, NE. The defendant gave the UC a knotted plastic bag with a white rock-like substance that was 12.8 grams of cocaine base, also known as crack cocaine. The UC paid the defendant $600 in pre-recorded MPD funds in exchange for the 12.8 grams of cocaine base, also known as crack.

On September 27, 2006 at approximately 3:10 p.m., the defendant met with the UC at the Burger King parking lot located on the 300 block of Florida Avenue, NE. The defendant gave the UC a knotted plastic bag with a rock-like substance that was 26.5 grams of crack cocaine in exchange for $880 in MPD prerecorded funds.

---

[1] All of the drugs sold by the defendant in this case were sent to the DEA for analysis, and found to be cocaine base, also known as crack cocaine. The weights given reflect the results of the DEA analysis. All of the cocaine base sold by the defendant in this case was in a rock like form and smokeable.

On October 17, 2006 at approximately 12:17 p.m. the defendant met the UC at the intersection of 1st Street and R Street, NE. The defendant gave teh UC a plastic bag with a white rock-like substance that was 26.7 grams of cocaine base, also known as crack cocaine, in exchange for $900 of MPD prerecorded funds.

_____
LOUIS RAMOS
Assistant United States Attorney

_____
CARLOS VANEGAS, Esquire
Attorney for Defendant

x_____
MELVINA MURPHY
Defendant

11/15/07
_____
Date

11/15/07
_____
Date