```
                                                              FILED
         UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA                       NOV 1 5 2007

                                                       NANCY MAYER WHITTINGTON, CLERK
                                                            U.S. DISTRICT COURT
```

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | Criminal Action No.: 07-050 (RMU) |
| MULVINA MURPHY, | : | |
| Defendant. | : | |

### SENTENCING SCHEDULING ORDER[1]

It is this __15__ day of __Nov.__ 2007,

ORDERED that the sentencing in this matter be set for __March 11, 2008__ at __1:30__; and it is

**FURTHER ORDERED** that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties 30 business days[2] after the date of the court's referral; and it is

**ORDERED** that counsel submit objections (if any) to the probation officer within 8 business days of that disclosure; and it is

**FURTHER ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report within 8 business days of the submission of objections; and it is

**ORDERED** that any party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due 4 business days thereafter. These memoranda and any responses thereto must cite to supporting legal authority.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.

[2] A "business day" is any day that is not a Saturday, Sunday, or "legal holiday" as defined by Federal Rule of Criminal Procedure 45(a).

