CO-526
(12/86)

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | **FILED**<br>NOV 1 5 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

UNITED STATES OF AMERICA )
)
)    Criminal No. 07-0050 (RMU)
vs.                      )
)
MULVINA MURPHY            )


## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____
Ricardo M. Urbina
United States District Court Judge

Date  11/15/07