UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA  ) | Crim. No. 07-50(RMU) |
| v.  ) | FILED |
| MELVINA MURPHY  ) | FEB 6 - 2008 |
|  ) | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

That upon consideration of defendant's Melvina Murphy's Motion for Leave to Late File her Sentencing Memorandum; it is hereby

**ORDERED** that the Motion For Leave to Late File the Sentencing Memorandum is **GRANTED**; and it is

**SO ORDERED**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

2/6/08
DATE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Louis Ramos, Esq.
Assistant United States Attorney
United States Attorney's Office
555 4th Street.
Washington, D.C. 20530