UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-050-01 (RMU) |
| v. | : | |
| MELVINA MURPHY, | : | |
| Defendant. | : | |

**FILED**
MAR 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

UPON CONSIDERATION of the government's unopposed Motion for Leave to File Sentencing Memorandum and Motion for Adjustment of Offense Level Pursuant to Section 3E1.1.(b) of the United States Sentencing Guidelines, and for good cause shown, it is, this 10th day of March 2008,

ORDERED that the motion be and hereby is GRANTED; and

FURTHER ORDERED that the Sentencing Memorandum be deemed timely filed.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE