HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 11 2008
Clerk, U.S. District and
Bankruptcy Courts

| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-50</u> |
| --- | --- | --- |
| vs. | : | SSN: |
| MURPHY, Mulvina | : | Disclosure Date: <u>December 27, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                                           Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
    (✓) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signed] Melvina Murphy_     _1-7-08_     _[signed]_     _1/10/08_
Defendant     Date     Defense Counsel     Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>January 10, 2008</u>, to U.S. Probation Officer **Michael Penders**, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
        United States Probation Officer